IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR077 |
| v. | : | JUDGE THOMAS M. ROSE |
| ANTWANE S. COCHRAN | : | ORDER DISMISSING INFORMATION WITHOUT PREJUDICE |
| | : | |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss the Information filed May 15, 2013, against ANTWANE S. COCHRAN in the above captioned matter, is hereby dismissed without prejudice.

SO ORDERED.

DATE: April 18, 2014

*s/Thomas M. Rose*
_____
JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT